**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 95-7362**

---

DEE DEIDRE FARMER; WILLIAM CHERRY,

                            Plaintiffs - Appellants,

    versus

TERRY PENNINGTON, Lieutenant; ROBERT FOX, Unit
Manager; J. ROBINSON, Correctional Counselor;
JERRY GAUGHAN, Disciplinary Hearing Officer,

                            Defendants - Appellees.

---

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh. Malcolm J. Howard, District Judge. (CA-95-440-5-CT-H)

---

Submitted: December 12, 1995      Decided: January 5, 1996

---

Before HAMILTON and MICHAEL, Circuit Judges, and PHILLIPS, Senior Circuit Judge.

---

Affirmed by unpublished per curiam opinion.

---

Dee Deidre Farmer, William Cherry, Appellants Pro Se.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellants appeal from the district court's order denying relief on their <u>Bivens</u>[*] complaint. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>Farmer v. Pennington</u>, No. CA-95-440-5-CT-H (E.D.N.C. Aug. 14, 1995). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>

---

[*] <u>Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics</u>, 403 U.S. 388 (1971).